## Murnaghan's Estate (No. 2).

OPINION BY MR. JUSTICE FRAZER, April 28, 1919:

The questions raised in this appeal, No. 314, Jan. T., 1919, are identical with those passed upon at No. 313 of the same term. For the reasons set forth in the opinion filed in that case the decree here is affirmed.